UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN,<br><br>Plaintiff,<br><br>v.<br><br>MARY M. MITCHELL, et al.,<br><br>Defendants. | No. 2:18-cv-01716 MCE DB P<br><br><br><br>ORDER |

Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 5, 2019, the magistrate judge construed several of plaintiff's recent filings as motions for reconsideration by a district judge of her December 5, 2018, Screening Order. (ECF Nos. 25, 33.) In that Screening Order, the magistrate judge determined that plaintiff's 200+ page first amended complaint was subject to dismissal for violating Federal Rule of Civil Procedure 8's directive that a pleading contain only a "short and plain statement of the claim." The magistrate judge converted her Screening Order into Findings and Recommendations, to which Plaintiff has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 26, 2018, motions for reconsideration (ECF Nos. 27-29) are GRANTED;
2. The findings and recommendations filed February 5, 2019 (ECF No. 33), are ADOPTED in full;
3. Plaintiff's first amended complaint (ECF No. 5) is dismissed for failure to comply with Federal Rule of Civil Procedure 8. Plaintiff is granted leave to amend and shall file a second amended complaint within thirty days from the date of this Order. This amended pleading shall comply with the Federal Rules of Civil Procedure and be **limited to 25 pages**. Failure to comply with this Order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: February 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE