UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN, | No. 2:18-cv-1716 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| MARY M. MITCHELL, et al., | |
| Defendants. | |

On January 30, 2020, plaintiff filed a motion for administrative records, writ of certiorari and for questioning of prisoners. This civil rights action was closed on June 26, 2019. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: March 3, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/mp
cler1716.58